IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAWRENCE L. HOWARD,<br>Petitioner,<br><br>v.<br><br>WARDEN OF USP MARION and<br>DONALD HUDSON,<br>Respondents. | Case No. 19–CV–01175–JPG |

## JUDGMENT

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that Petitioner Lawrence L. Howard's Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

**Dated: April 13, 2021**                                             **MARGARET M. ROBERTIE**
                                                                              **CLERK OF COURT**

                                                                              **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
                    **J. PHIL GILBERT**
                    **UNITED STATES DISTRICT JUDGE**